UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMMER KASANDRA WALSH,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:13-cv-00991 - JLT<br><br>ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED MOTION TO PROCEED IN FORMA PAUPERIS |

Summer Walsh ("Plaintiff") seeks judicial review of an administrative decision denying her claim for Social Security benefits. (Doc. 1). Plaintiff filed a motion to proceed *in forma pauperis* with the complaint on June 28, 2013. (Doc. 4).

The Court may authorize the commencement of an action without prepayment of fees "but a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). The Court has reviewed the application and the information provided is insufficient to determine whether Plaintiff satisfies the requirements of 28 U.S.C. § 1915(a).

According to her application, Plaintiff is employed, and has received money from other sources in the last twelve months. (Doc. 4 at 1). Although instructed to identity "each sources of money and state the amount received," Plaintiff fails to provide any information regarding the amount received from these "other sources," or whether she expects to continue receiving this money. *Id.* at 1.

1

Accordingly, Plaintiff is **ORDERED** to file, within fourteen days of this order, an amended application that includes further information regarding her income from other sources. Upon receipt of this information, the Court will resume consideration of Plaintiff's motion to proceed *in forma pauperis*. Plaintiff is warned that failure to comply with this order may result in denial of her request to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:   **July 1, 2013**                                             **/s/ Jennifer L. Thurston**
                                                                                   UNITED STATES MAGISTRATE JUDGE